IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

KENNETH SUTHERLAND,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

    Petitioner,

v.

CASE NO. 1D15-4941

FLORIDA DEPARTMENT OF
CORRECTIONS,

    Respondent.

_____/

Opinion filed June 14, 2016.

Petition for Writ of Certiorari -- Original Jurisdiction.

Kenneth Sutherland, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, and Daniel A. Johnson, Assistant Attorney General, Tallahassee, for Respondent.

PER CURIAM.

    The petition for writ of certiorari is denied on the merits.

ROBERTS, C.J., WOLF and RAY, JJ., CONCUR.